1

2

3  ADAM L. BRAVERMAN
   United States Attorney

4  Davis M. Loop
   Special Assistant United States Attorney
   Florida Bar No. 11605

5  United States Attorney's Office
   880 Front Street, Room 6293

6  San Diego, California 92101-8893
   Telephone: (619) 546-8835

7  Email: Davis.Loop@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10

11                     UNITED STATES DISTRICT COURT

12                    SOUTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,          Case No.: 18MJ2074-RBB

14              Plaintiff,

15                  v.                 NOTICE OF APPEARANCE

16  ELVIN LEONEL GUTIERREZ-FLORES,

17              Defendant.

18

19       TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

20       I, the undersigned attorney, enter my appearance as lead counsel

21  for the United States in the above-captioned case.  I certify that I

22  am admitted to practice in this court or authorized to practice under

23  CivLR 83.3.c.3-4.

24       The following government attorneys (who are admitted to practice

25  in this court or authorized to practice under CivLR 83.3.c.3-4) are

26  also associated with this case, should be listed as lead counsel for

27  CM/ECF purposes, and should receive all Notices of Electronic Filings

28  relating to activity in this case:

Name

None.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Names

None

Please feel free to call me if you have any questions about this notice.

DATED: May 2, 2018.

Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

*s/ Davis M. Loop*
Davis M. Loop
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18MJ2074-RBB |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ELVIN LEONEL GUTIERREZ-FLORES, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Davis M. Loop, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance as lead counsel for the United States, and this Certificate of Service, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

RICHARD J. BOESEN   Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2018.

ADAM L. BRAVERMAN
United States Attorney

*s/ Davis M. Loop*
Davis M. Loop
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

3