**RICHARD J. BOESEN**
Attorney At Law

**964 FIFTH AVENUE, SUITE 335**
**SAN DIEGO, CALIFORNIA 92101-6102**

TELEPHONE (619) 233-5121
FACSIMILE (619) 233-5150

MAY 10, 2018

RE: United States v. Gutierrez-Flores, 18-MJ-2074-RBB

Mssrs. Loop & Lesher
United States Attorney Office

I request the following discovery.

1. **Video and other surveillance.**

   Please preserve "<u>all</u> physical evidence in the possession, care or custody of the government relating to the arrest or events leading to the arrest in this case" Specifically preserve any video and/or audio recordings of events at the location of arrest. Please also disclose any video, dispatch tapes, RVSS footage, drone footage or other surveillance or recordings of events occurring at "35 Draw" on April 29, 2018.

2. **Video of Mr. Gutierrez's statement(s).**

   Please disclose any/all recordings of Mr. Gutierrez' statement(s) post arrest.

3. **Names, locations, and reports of percipient witnesses.**

   Mr. Gutierrez was arrested at an area described as "35 Draw". Other agents were present at that time. Additionally at least 4 other undocumented individuals were present but ran away from Mr. Gutierrez. Such information is sought to corroborate the actions of Mr. Gutierrez and the agent(s). Mr. Gutierrez is informed and believes those 4 individuals were arrested at or near "35 Draw". It is believed these subjects were percipient witnesses to Gutierrez's

*USA v. Gutierrez*, 18mj-2074-RBB
Discovery letter 5/10/18
Page 2

arrest and to the circumstances surrounding this charge. Please disclose the names and current locations of these percipient witnesses.

Please disclose any reports written concerning the other individuals apprehended by Agent J. Lara; the Field Apprehension Reports for all people who were apprehended by Agent Lara; the "Batch Sheets" for the people arrested by the Border Patrol; and Border Patrol Agent Lara's notes from his encounters with all of those people.

3. **Border Patrol agents present.**

Please disclose the name and number of all Border Patrol agents and other law enforcement officers present during my client's arrest.

4. **Names and locations of the alleged citizens of India arrested on April 27, 2018.**

As noted in Mr. Gutierrez's Motion to Dismiss the Complaint for Selective Prosecution, the government has claimed that it arrested at least three citizens of India on April 27, 2018, in Goat's Canyon.

Please disclose the names and current locations of the three alleged citizens of India arrested in Goat's Canyon on April 27, 2018.

5. **Charging policies and reports.**

Please disclose:

- Any charging policies for illegal entry or illegal re-entry cases that apply to the Southern District of California;

- Any and all internal communications, memoranda, reports, emails, or other statements between law enforcement officers and any members of the United States Attorney's Office regarding the decision to prosecute Mr. Leonel Gutierrez (and the other people whom the Attorney General has claimed were charged as part of the caravan);

*USA v. Gutierrez-Flores*, 18mj-2074-RBB
Discovery letter 5/10/18
Page 3

- Any and all reports by law enforcement officers documenting the encounter and arrest of Mr. Gutierrez-Flores, the other people charged with illegal entry offenses whom the government claims were members of the caravan, and the seven people not charged – including the three people who claimed to be citizens of India;

- Any and all internal communications, memoranda, reports, emails, or other statements between law enforcement officers and any members of the United States Attorney's Office regarding the three arrestees who claimed to be citizens of India;

- Any and all internal communications, memoranda, reports, emails, or other statements within the United States Attorney's Office regarding either the decision to prosecute Mr. Gutierrez-Flores (and the other arrestees) or the decision not to prosecute the three arrestees who claimed to be citizens of India.

- Any guidance or policies concerning when CPB refers asylum seekers for prosecution

- Any policies or directives concerning the processing and turning away of asylum seekers at the San Ysidro port of entry.

5. **Residual request.**

This request is not exhaustive; there will likely be more requests as the case progresses. Please disclose all discovery to which Mr. Elvin Gutierrez-Flores is entitled under Rule 16, including discovery that is "material to preparing the defense" under Rule 16(a)(1)(E)(i). *See United States v. Hernandez-Meza*, 720 F.3d 760, 768 (9th Cir. 2013) ("Materiality is a low threshold . . . Upon request, the government must disclose any documents or other objects within its possession, custody or control that are 'material to preparing the defense' . . . It thus behooves the government to interpret the disclosure requirement broadly and turn over whatever evidence it has pertaining to the case.")

Thank you for your prompt attention to these requests.
Sincerely,

s/Richard J. Boesen
*Richard J. Boesen*

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**MAILING INFORMATION FOR CASE 18 -MJ-2074**

1. **All Parties on Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

   Efile.dkt.gc2@usdoj.gov

Date: May 10, 2018

/s/Richard J. Boesen
RICHARD J. BOESEN.
Attorney for Defendant